IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Darrell Williams, #108467, | ) | |
| | ) | C.A. No.: 4:08-01864-RBH |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| Reynaldo Meyers, Director, Alvin S. Glen | ) | |
| Detention Center; :Milton Pope, County | ) | |
| Commissioner, Assistant Dir. Harrell; | ) | |
| Captain Redman; William Refo, Captain | ) | |
| Michael Higgins, and Captain Bowman, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

This matter is before the court for review of the Report and Recommendation of United States Magistrate Judge Thomas E. Rogers, III, made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. See Mathews v. Weber, 423 U.S. 261, 270-71 (1976). The court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. See 28 U.S.C. § 636(b)(1).

No objections were filed to the Report and Recommendation. The Report and Recommendation was mailed to the plaintiff at the address which he had provided to the Court, Alvin S. Glenn Detention

1

Center, on March 5, 2009 [docket #49]. The Report and Recommendation was again mailed by the Clerk to the plaintiff on March 9, 2009 to Lee Correctional Institution and to Kirkland Institution [docket #50], with a note asking plaintiff to provide the court with a correct address.[1]  The mail to the plaintiff at Alvin S. Glenn Detention Center was returned to the court on March 13, 2009 marked "NO LONGER AT THIS ADDRESS-RETURN TO SENDER."  The mail to the other two addresses to which the Report was sent has not been returned, but the plaintiff has still not filed any objections.

Plaintiff has not provided the court with an updated address as required by the Order of June 5, 2008 [docket #14], and, as a result, the court has no means of contacting him concerning his case. Plaintiff was warned and advised in the order to keep the Clerk apprised of his current address and that a failure to do so may result in a dismissal of the case.  Accordingly, this action is due to be dismissed pursuant to Fed. R. Civ. Proc. 41(b).  Furthermore, in the absence of objections to the Report and Recommendation of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

After a thorough review of the Report and Recommendation and the record in this case, the court adopts Magistrate Judge Rogers' Report and Recommendation and incorporates it herein.  It is therefore

**ORDERED** that the defendants' motion to dismiss for failure to prosecute is **GRANTED** [docket #40] and plaintiff's complaint is **DISMISSED** for failure to prosecute pursuant to Federal Rules of Civil Procedure 41(b)with prejudice.

---

[1] The plaintiff did not provide the court with an address at either Lee Correctional or Kirkland. Although not required to do so, the Clerk re-mailed the Report to Lee Correctional because the defendants had mailed their Motion for Extension of Time to the plaintiff at both Alvin Glenn and Lee Correctional. The Clerk apparently also had some information that the plaintiff was at Kirkland and therefore also mailed the Report to Kirkland. However, the plaintiff has not filed any objections.

**IT IS SO ORDERED.**

s/ R. Bryan Harwell
R. BRYAN HARWELL
United States District Judge

Florence, South Carolina
April 9, 2009

3